Rory J. Linerud, OSB # 970061
Rory@LinerudLawFirm; rorylinerud@hotmail.com
Linerud Law Firm
1144 Wallace Road NW, #212
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | | |
|---|---|---|
| CONNIE POTEET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 3:22-CV-00799-MK |
| | ) | |
| COMMISSIONER, SOCIAL | ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, | ) | PURSUANT TO 42 U.S.C. § 406(b) |
| | ) | |
| Defendant. | ) | |

Attorney fees in the amount of $16,528.20 are hereby awarded to Plaintiff's attorney

pursuant to 42 U.S.C. § 406(b). This fee must be offset by an EAJA fee that awarded in the

amount of $8,250.00. After offset, the net amount of the attorney fee payable is $8,278.20. The

Court finds this is a reasonable fee. IT IS SO ORDERED. The additional fee of $8,278.20 shall

be made payable and mailed to Plaintiff attorney, Rory Linerud.

IT IS SO ORDERED.

DATED this 16th day of August 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

Presented by:

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
1144 Wallace Road NW, #212
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691